UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**GARY HICKS,**

    **Plaintiff,**

**v.**       Case No: 6:16-cv-1226-Orl-41TBS

**VORTEX MARINE CONSTRUCTION, INC.,**

    **Defendant.**

    /

## ORDER

THIS CAUSE is before the Court on the parties' Revised Joint Motion for Approval of Settlement ("Motion," Doc. 32). United States Magistrate Judge Thomas B. Smith issued an Amended Report and Recommendation (Doc. 33), in which he recommends that the Motion be granted in part. The parties filed a Joint Notice of No Objection (Doc. 34).

After a *de novo* review of the record, the Court agrees entirely with the analysis set forth in the Report and Recommendation.

Therefore, it is **ORDERED** and **ADJUDGED** as follows:

1. The Amended Report and Recommendation (Doc. 33) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The Revised Joint Motion for Approval of Settlement (Doc. 32) is **GRANTED**, the parties' agreement is **APPROVED**, and this case is **DISMISSED with prejudice**.

3. The Joint Motion for Approval of Settlement (Doc. 30) and the Report and Recommendation (Doc. 31) are **MOOT**.

4. The Clerk is directed to close this case.

**DONE** and **ORDERED** in Orlando, Florida on June 19, 2017.



CARLOS E. MENDOZA
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record